UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOBBY WOLFORD TRUCKING & SALVAGE, INC., et al., <br><br> Defendants. | C18-747 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to continue the trial date and related deadlines, docket no. 21, is GRANTED in part and DENIED in part as follows. The expert testimony disclosure deadline is EXTENDED from May 3, 2019, to May 31, 2019. The motion is otherwise DENIED, and all dates and deadlines set forth in the Minute Order entered February 13, 2019, docket no. 20, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of May, 2019.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1