UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOBBY WOLFORD TRUCKING & SALVAGE, INC.; and KARL FREDERICK KLOCK PACIFIC BISON, LLC,

    Defendants.

C18-747 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 27, to amend the Protective Order entered on July 10, 2019, docket no. 26, is GRANTED as follows. The definition of "CONFIDENTIAL" MATERIAL set forth in Paragraph 2 of the Protective Order is amended to include, in addition to the three types of documents and tangible things already listed, the following fourth category: unredacted records containing information protected under the Privacy Act (5 U.S.C. § 552a).

(2) The parties' joint motion for extension, docket no. 28, is GRANTED, and the deadline for filing dispositive motions is EXTENDED from September 5, 2019, to September 19, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1