# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOBBY WOLFORD TRUCKING & SALVAGE, INC.; and KARL FREDERICK KLOCK PACIFIC BISON, LLC,

    Defendants.

C18-747 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion for continuance of trial and related deadlines, docket no. 48, is GRANTED as set forth herein.

| **BENCH TRIAL DATE** | **March 23, 2020** |
|---|---|
| Agreed pretrial order due | March 6, 2020 |
| Trial briefs due | March 6, 2020 |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | March 6, 2020 |
| Pretrial conference scheduled for | March 13, 2020 at 11:00 a.m. |

MINUTE ORDER - 1

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, as amended by the Minute Order entered February 13, 2019, docket no. 20, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk