# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>BOBBY WOLFORD TRUCKING & SALVAGE, INC.; and KARL FREDERICK KLOCK PACIFIC BISON, LLC,<br><br>           Defendants. | C18-747 TSZ<br><br>ORDER |

Plaintiff's counsel having telephonically advised the Court that this matter has been resolved and that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of March 23, 2020, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 24th day of February, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1