UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BOBBY WOLFORD TRUCKING & SALVAGE, INC., et al.,<br><br>　　　　　　　Defendants. | C18-747 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Motion to Extend Time to Reopen the Case, docket no. 51, is GRANTED. The deadline to file a motion to reopen the case is EXTENDED to July 22, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2020.

　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1