UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | C18-747 TSZ |
| BOBBY WOLFORD TRUCKING & SALVAGE, INC., et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Motion to Reopen the Case, docket no. 53, is GRANTED. This case is returned to the active docket. Within sixty (60) days of this Minute Order, the parties shall either file the Notice of Lodging of Proposed Consent Decree together with the proposed consent decree or a joint status report.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1