UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BOBBY WOLFORD TRUCKING & SALVAGE, INC.; and KARL FREDERICK KLOCK PACIFIC BISON, LLC,

        Defendant.

C18-0747 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motions brought by Connie Sue Martin, docket no. 79, and Michael J. Mahoney, docket no. 80, for leave to withdraw are GRANTED as follows.

    (a) Connie Sue Martin, Michael J. Mahoney, and the law firm of Schwabe, Williamson & Wyatt, P.C. are GRANTED leave to withdraw as counsel of record for defendant Bobby Wolford Trucking & Salvage, Inc., effective immediately.

    (b) If any motion is brought pursuant to Paragraph 62 of the Consent Decree, docket no. 63, defendant Bobby Wolford Trucking & Salvage, Inc. ("Wolford Trucking") will have fourteen (14) days from the filing date of such motion to arrange for an attorney authorized to practice in this district to file a notice of appearance.

MINUTE ORDER - 1

(c) Wolford Trucking may not represent itself before the Court, and its president and sole shareholder, Bobby Wolford, may not represent the corporate entity unless he is a lawyer authorized to practice in this district. *E.g.*, <u>United States v. High Country Broad. Co.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure of Wolford Trucking to secure counsel as required in Paragraph 1(b), above, shall constitute grounds for deciding any motion adversely to Wolford Trucking by way of default or failure to prosecute. See Local Civil Rule 83.2(b)(4).

(d) Connie Sue Martin and Michael J. Mahoney shall serve a copy of this Minute Order on Wolford Trucking and file proof of such service within seven (7) days of the date of this Minute Order.

(2) Hayley Ventoza of Tupper Mack Wells PLLC has withdrawn in an appropriate fashion as counsel of record for defendant Karl Frederick Klock Pacific Bison, LLC ("KFKPB"). *See* Notice (docket no. 83). James A. Tupper, Jr., who is now the sole attorney representing KFKPB, has provided notice that he has joined the firm of Marten Law LLP. *See* Notice (docket no. 84). The docket, however, continues to reflect Mr. Tupper's association with the firm of Tupper Mack Wells PLLC, and Mr. Tupper is DIRECTED to contact the case administrator at (206) 370-8457 to update his attorney profile in the Case Management and Electronic Case Filing (CM/ECF) System.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of March, 2024.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 2